JANUARY 17, 1983

No. 82–639.   BOARD OF EDUCATION, CITY SCHOOL DISTRICT, ROCHESTER, NEW YORK, ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.; and

No. 82–655. BOARD OF EDUCATION, LEVITTOWN UNION FREE SCHOOL DISTRICT, NASSAU COUNTY, ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Appeals from Ct. App. N. Y. dismissed for want of substantial federal question. Reported below: 57 N. Y. 2d 27, 439 N. E. 2d 359.